UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DORA P. BULLOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT IN A** ) **CIVIL CASE** ) **CASE NO. 5:20-CV-96-D** |
| CREEDMOORE NORTH CAROLINA POLICE DEPARTMENT, ROBERT P. VARN, DEPARTMENT OF TRANSPORTATION, and JOHN DOE EMPLOYEES, | ) ) ) ) ) |
| Defendants. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 26], DENIES as meritless plaintiff's motion for entry of default [D.E. 9], and GRANTS defendants' motions to dismiss [D.E. 6, 20].

**This Judgment Filed and Entered on December 23, 2020, and Copies To:**

| | |
|---|---|
| Dora P. Bullock | (Sent to 102 Margaret Dr. Creedmoore, NC 27522 via US Mail) |
| Scott D. MacLatchie | (via CM/ECF electronic notification) |
| John W. Congleton | (via CM/ECF electronic notification) |
| Neil Clark Dalton | (via CM/ECF electronic notification) |

DATE:

December 23, 2020

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

Deputy Clerk