IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-96-D

| | |
|---|---|
| DORA P. BULLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CREEDMORE NORTH CAROLINA ) | |
| POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

On March 12, 2020, plaintiff filed a civil action in this court and paid the $400 filing fee [D.E. 1]. On October 13, 2020, Magistrate Judge Numbers issued a memorandum and recommendation ("M&R") and recommended that the court deny Bullock's motion for entry of default and grant defendants' motions to dismiss. See [D.E. 26]. On December 16, 2020, plaintiff moved for a refund of the $400 filing fee [D.E. 27]. On December 23, 2020, this court adopted the conclusions in the M&R, denied as meritless plaintiff's motion for entry of default, granted defendants' motions to dismiss, and directed the clerk to close the case. See [D.E. 28, 29].

Plaintiff chose to file this meritless case. There is no provision in the Federal Rules of Civil Procedure or the rules of this court to permit a refund of the filing fee to a non-prevailing plaintiff. The motion for a refund [D.E. 27] is DENIED.

SO ORDERED. This _8_ day of July 2021.

JAMES C. DEVER III
United States District Judge